| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 761891 | DATE 10/25/2019 |
|---|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| EVANS Jr., Darrell N. | Brian Mays | Mark A. Goldsmith | 15-CR-20009-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 04/13/2016 | Supervised Release | III | 23 | |
| COMMENCED 08/19/2019 | | | | |
| EXPIRATION 08/18/2023 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Steven P. Cares | To Be Determined |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841 (b)(1)(B), Possession with Intent to Distribute Cocaine

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a four-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable John Corbett O'Meara, Eastern District of Michigan. Case transferred to the Honorable Mark A. Goldsmith on October 24, 2019.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. If necessary.
2. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 761891 | DATE 10/25/2019 |
|---|---|---|---|---|
| NAME EVANS Jr., Darrell N. | | OFFICER Brian Mays | JUDGE Mark A. Goldsmith | DOCKET # 15-CR-20009-01 |

The probation officer believes that the offender has violated the following conditions) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On October 20, 2019, EVANS was arrested by the Sterling Heights (Michigan) Police Department for Malicious Destruction of Property, Carrying Concealed Weapon – CCW and Possession of Heroin – Sell/Manufacture, Docket Number 19-8885P of the 41A District Court. The offender is currently on a $5,000.00 bond and is scheduled for a Probable Cause Conference on November 1, 2019. |
| 2 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A CONTROLLED SUBSTANCE."<br><br>October 22, 2019, EVANS appeared in the 41A District Court and is being charged for Controlled Substance Delivery/Manufacture (Narcotics/Cocaine) 450 to 999 grams. |
| 3 | **Violation of Standard Condition No. 14:** "THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A FIREARM."<br><br>On October 20, 2019, EVANS was arrested by the Sterling Heights (Michigan) Police Department and found to be in possession of a stolen firearm. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>PROBATION OFFICER<br><br>s/Brian Mays/lat<br>(313) 234-5406 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Russell W. LaForet<br>(313) 234-5269 | PROBATION ROUTING<br><br>Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 761891 | **DATE** 10/25/2019 |
|---|---|---|---|---|---|
| **NAME** EVANS Jr., Darrell N. | | **OFFICER** Brian Mays | **JUDGE** Mark A. Goldsmith | | **DOCKET #** 15-CR-20009-01 |

## THE COURT ORDERS:

[✓] The Issuance of a Warrant

[ ] Other

_____
Mark A. Goldsmith
United States District Judge

10/28/19
Date